IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, successor to
Weirton Steel Corporation,

    Plaintiff,

v.                                Civil Action No. 5:04CV136
                                          (STAMP)
AMERICAN COMMERCIAL BARGE LINES, LLC,

    Defendant,

and

AMERICAN COMMERCIAL BARGE LINES, LLC,

    Third-Party Plaintiff,

v.

MENARD, INC. and MSC PRE FINISH METALS, INC.,

    Third-Party Defendants.

## ORDER RESCHEDULING CONFERENCE

On August 14, 2007, this Court entered an order granting American Commercial Barge Lines, LLC's motion for a scheduling conference in the above-styled civil action and scheduling a conference on August 22, 2007. In that order, this Court stated that a trial was scheduled on that date but in the event that the trial was not held on that date, the conference would be rescheduled. Accordingly, it is hereby ORDERED that the conference be RESCHEDULED and will now be held on **August 22, 2007 at 1:15 p.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to the defendant and to counsel of record herein.

DATED: August 16, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE