IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, successor to
Weirton Steel Corporation,

    Plaintiff,

v.                                      Civil Action No. 5:04CV136
                                                (STAMP)
AMERICAN COMMERCIAL BARGE LINES, LLC,

    Defendant,

and

AMERICAN COMMERCIAL BARGE LINES, LLC,

    Third-Party Plaintiff,

v.

MENARD, INC. and MSC PRE FINISH METALS, INC.,

    Third-Party Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE

    For reasons appearing to the court, it is hereby ORDERED that the time of the pretrial conference in this civil action be RESCHEDULED and will now be held on **August 22, 2007 at 11:00 a.m.**

    All other dates contained in the previous scheduling order entered in this case shall remain in effect.

    The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED: August 17, 2007

                                                  /s/ Frederick P. Stamp, Jr.
                                                  FREDERICK P. STAMP, JR.
                                                  UNITED STATES DISTRICT JUDGE