```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, successor to
Weirton Steel Corporation,

    Plaintiff,

v.                                      Civil Action No. 5:04CV136
                                                      (STAMP)
AMERICAN COMMERCIAL BARGE LINES, LLC,

    Defendant,

and

AMERICAN COMMERCIAL BARGE LINES, LLC,

    Third-Party Plaintiff,

v.

MENARD, INC. and MSC PRE FINISH METALS, INC.,

    Third-Party Defendants.

### ORDER OF CORRECTION RESCHEDULING STATUS AND SCHEDULING CONFERENCE

On August 17, 2007, this Court entered an order rescheduling pretrial conference. The order should have referred to the status and scheduling conference scheduled in the above-styled civil action.

Accordingly, it is hereby ORDERED that the time of the status and scheduling conference in this civil action be RESCHEDULED and will now be held on **August 22, 2007 at 11:00 a.m.**

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED: August 17, 2007

                                             <u>/s/ Frederick P. Stamp, Jr.</u>
                                             FREDERICK P. STAMP, JR.
                                             UNITED STATES DISTRICT JUDGE