IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FILED OCT 10 2007 U.S. DISTRICT COURT WHEELING, WV 26003

| | |
|---|---|
| WEIRTON STEEL CORPORATION, LIQUIDATING TRUST, Successor in Interest to Weirton Steel Corporation, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 5:04-CV-136 |
| v. | ) ) Hon. Frederick P. Stamp. Jr. |
| AMERICAN COMMERCIAL BARGE LINES, LLC, | ) ) ) |
| Defendant. | ) ) |
| AMERICAN COMMERCIAL BARGE LINES, LLC, | ) ) ) |
| Third Party Plaintiff, | ) |
| v. | ) ) |
| MIDWEST MANUFACTURING and MSC PREFINISH METALS, INC., | ) ) ) |
| Third Party Defendants. | ) |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ronald W. Crouch, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

/s/ Frederick P. Stamp, Jr.
Honorable Frederick P. Stamp, Jr.
United States District Judge

\4811904.1