IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

FILED
OCT 24 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

| | |
|---|---|
| WEIRTON STEEL CORPORATION LIQUIDATING TRUST, successor to Weirton Steel Corporation, | Case No. 5:04-CV-136 |
| Plaintiff, | Honorable Federick P. Stamp, Jr. |
| v. | Electronically Filed |
| AMERICAN COMMERCIAL BARGE LINES, LLC, et al., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| MENARD, INC. and MSC PRE FINISH METALS, INC., | |
| Third-Party Defendants. | |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Alan B. Rosenthal, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

October 24, 2007

_____
Honorable Frederick P. Stamp, Jr.
United States District Judge