IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, successor
to Weirton Steel Corporation,

    Plaintiff,

v.                                     Civil Action No. 5:04CV136
                                                (STAMP)
AMERICAN COMMERCIAL BARGE LINES, LLC,

    Defendant and
    Third-Party Plaintiff,

v.

MIDWEST MANUFACTURING and
MSC PREFINISH METALS, INC.,

    Third-Party Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE
## AND FILING OF JOINT PRETRIAL ORDER

For reasons appearing to the court, it is hereby ORDERED that:

<u>Joint Pretrial Order</u>: A proposed joint pretrial order, titled "Pretrial Order," shall be filed not later than **November 14, 2007**. The proposed joint pretrial order shall contain at least those matters provided for under LR Civ P 16.04(b). The witness lists, **which shall be filed as part of the pretrial order**, shall be considered by this Court as final lists and shall not be modified except for good cause shown. Following the pretrial conference, this Court shall enter the pretrial order which shall then be modified only with the permission of the Court.

**In most cases, the plaintiff shall be responsible for initiating the preparation of the joint pretrial order. However,**

**in cases involving a <u>pro se</u> plaintiff, the defendant shall be responsible for initiating the preparation of the joint pretrial order.**

<u>Pretrial Conference/Final Settlement Conference</u>: A pretrial conference/final settlement conference shall be held on **November 16, 2007 at 2:15 p.m.** at Wheeling, West Virginia. The conference shall be attended by <u>lead trial counsel</u> for each represented party and all unrepresented parties. Counsel and parties should be prepared to participate fully and to discuss all aspects of the case and the matters set forth in the pretrial order previously filed. Individuals with full authority to settle the case for each party shall be present in person or immediately available by telephone.

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED: October 26, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE