IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST,

        Plaintiff,

v.                                                                   Civil Action: 5:04-CV-136

AMERICAN COMMERCIAL BARGE
LINES, LLC, ET AL.,

        Defendants.

## **ORDER DENYING MOTION TO COMPEL AS MOOT**

Plaintiff filed a Motion to Compel on October 10, 2007. (Docket No.105). On October 26, 2007, counsel for Plaintiff informed the Court Defendants complied with the discovery process. The Motion to Compel is DENIED AS MOOT and the order setting the hearing is vacated because Plaintiff waived the right to reasonable expenses. IT IS SO ORDERED.

Any party may, within ten (10) days after being served with a copy of this Order, file with

the Clerk of the Court written objections identifying the portions of the Order to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the Honorable Frederick P. Stamp, Jr., United States District Judge. Failure to timely file objections to the Order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Order.

Filing of objections does not stay this Order.

The Clerk of the Court is directed to mail a copy of this Order to parties who appear *pro se* and any counsel of record, as applicable.

DATED: October 26, 2007

                                        /s/ James E. Seibert
                                        JAMES E. SEIBERT
                                        UNITED STATES MAGISTRATE JUDGE