IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, successor to
Weirton Steel Corporation,

    Plaintiff,

v.                                  Civil Action No. 5:04CV136
                                                    (STAMP)
AMERICAN COMMERCIAL BARGE LINES, LLC,

    Defendant,

and

AMERICAN COMMERCIAL BARGE LINES, LLC,

    Third-Party Plaintiff,

v.

MENARD, INC. and MSC PRE FINISH
METALS, INC.,

    Third-Party Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT
OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

On November 2, 2007, the plaintiff filed a motion for enlargement of time to file opposition to the defendant's motion for summary judgment. In its motion, the plaintiff indicates that the defendant has no objection to the extension. For good cause shown, the plaintiff's motion is GRANTED. The plaintiff shall file any response to the defendant's motion for summary judgment on or before **November 16, 2007**. The defendant shall file any reply on or before **November 21, 2007**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:  November 6, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE