IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEIRTON STEEL CORPORATION
LIQUIDATING TRUST, a successor to
Weirton Steel Corporation,

    Plaintiff,

v.                                                                 Civil Action No. 5:04CV136
                                                                        (JUDGE STAMP)

AMERICAN COMMERCIAL
BARGE LINES, LLC, et al.,

    Defendants.

## **ORDER**

The above-styled case has been settled. Therefore, the Motion to Compel[1] and Motion for Protective Order[2] are **DENIED AS MOOT**, and the Order Setting an Evidentiary Hearing and Argument scheduled for hearing on **Friday, November 16, 2007, at 4:30 p.m.** is **VACATED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 14, 2007

                                                                    /s/ James E. Seibert
                                                                    JAMES E. SEIBERT
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 121.

[2] Doc. No. 126.